FREDERICK *et al. v.* McCLESKEY.

GILBERT, Justice. The exception is to a judgment refusing an interlocutory injunction. The bill of exceptions recites that "There was no evidence adduced at said hearing, nor was any answer read." The error assigned is that the judgment is contrary to law. *Held,* that the court did not err for any reason assigned, or because of anything appearing in the bill of exceptions or the record.

*Judgment affirmed. All the Justices concur.*

No. 11290. MAY 13, 1936.

*Preston M. Almand* and *Rupert A. Brown,* for plaintiffs.
*Stephen C. Upson,* for defendant.